| | |
|---|---|
| In the United States District Court<br>For the Northern District of California<br>1301 Clay Street<br>Oakland, California. 94612 | **FILED** a<br>MAY – 5 2017<br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND<br>Fee<br>paid |
| Christopher Jonathan<br><br>v<br><br>Steven Terner MNUCHIN | |
| Copy to: **Donald John TRUMP**<br>President of the USA<br>**Thomas J. CURRY**<br>Comptroller of the Currency | CV- 17-80054-MISC.   SK |

### LIBEL IN REVIEW - GARNISHMENT IN ADMIRALTY

### CERTIFICATE OF EXIGENT CIRCUMSTANCES



**COMES NOW**, Christopher Jonathan of the STEVENSON family. Demand is made for redemption of lawful money in all transactions. Demand is exemplified by the attached and fully integrated photo of NOTICE made to Wells Fargo Bank on or around July of 2016.

**Jurisdiction:** The 'saving to suitor's clause' of 1789 fully expresses the intent of Congress that

should there be any failure or incompetence in the common law (*stare decisis*/case law) that

the judiciary resorts to the fundamental rule of admiralty.

gation of trade of the United States, where the seizures are made; on
waters which are navigable from the sea by vessels of ten or more tons
burthen, within their respective districts as well as upon the high seas ;(a)
saving to suitors, in all cases, the right of a common law remedy, where
the common law is competent to give it; and shall also have exclusive
original cognizance of all seizures on land, or other waters than as afore-
said, made, and of all suits for penalties and forfeitures incurred, under
the laws of the United States.(b)   And shall also have cognizance, con-
current with the courts of the several States, or the circuit courts, as the
case may be, of all causes where an alien sues for a tort only in viola-

nizance in mari-
time causes and
of seizure under
the laws of the
United States.

Concurrent
jurisdiction.

**Certificate of Exigent Circumstances:** Rule B(1)(c) states the clerk of court's obligation to garnish the defendant:

> Rule B(1)(c) If the plaintiff or the plaintiff's attorney certifies that exigent circumstances make court review impracticable, **the clerk must issue the summons and process of attachment and garnishment.** The plaintiff has the burden in any post-attachment hearing under Rule E(4)(f) to show that exigent circumstances existed.

## Cause of Action

On or around April 6, 2017 Christopher Jonathan received mail stating he is being sued for money in the superior court of California. The "summons" is Refused for Cause and attached fully incorporating the non-response/counterclaim into this document. *Mistaken designation* as uniform rule stipulates that whatever any real judge reading this deems it to be, it be regarded as a defensive brief.

The papers mailed to Christopher Jonathan simulate regular bonded judicial process and even speak of the superior court of California like it is a judiciary. Quoting for just one example from Page(s) 1 - "The court may..." and Page 3 of COMPLAINT FOR MONEY, "...may be shown according to proof at time of trial." In American common law, tradition would have it that any trial court is bonded to an appeal process contiguous with proper bonding to the Supreme Court of the US. Albeit the state superior court "judge" might have sworn a proper oath of office, any arraignment of Christopher Jonathan depends upon the inherent promise he has an intact appeal right.

The oaths of office of the chief "judge" and "justice" on the territorial jurisdiction of Northern California are attached and integrated into this counterclaim. Both oaths are Refused for Cause because they deviate from the form of oath prescribed by Congress. Therefore Christopher Jonathan is not a defendant in this court or matter/cause and cannot be arraigned as a defendant. It is suggested that the "judge" signatures be redacted, before publication like in the example, so not to indict these attorneys for misprision of treason.

Garnishment of the Secretary of the Treasury MNUCHIN's salary is contemplated should this matter be brought up again. Meanwhile it might be suggested that Mr. CURRY's salary be garnished as Comptroller of the Currency and "American Banker" on his biography, to satisfy any rumors about obligations to perform?

There are so many "judges" with deviant oaths of office that it smacks of criminal syndicalism and so honoring the rules might help to rectify this situation.

$47 cash, US notes in the form of Federal Reserve notes are included with this initial filing.


Christopher Jonathan - Trustee of the Resulting Trust
1112 Spyglass Parkway
Vallejo, California. 94591

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

PLEASE SEE ATTACHED
CALIFORNIA JURAT FORM

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Sonoma_ _____                s.s.

Subscribed and sworn to (or affirmed) before me on this _____ MAYay 02 2017_____
                                                                                                                     Month

20 ____, by _Christopher Jonathan_ ~~~~~~~~~~ and
                          Name of Signer (1)

_____, proved to me on the basis of
            Name of Signer (2)

satisfactory evidence to be the person(s) who appeared before me.

_Robt N Foster_
Signature of Notary Public

ROBERT N. FOSTER
NOTARY PUBLIC
For other required information (Notary Name, Commission No. etc.)

ROBERT N. FOSTER
Commission # 2147855
Notary Public - California
Sonoma County
My Comm. Expires Apr 25, 2020

Seal

─────────── OPTIONAL INFORMATION ───────────

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.*

Description of Attached Document

The certificate is attached to a document titled/for the purpose of

_Libel in Review_

containing _____ pages, and dated _____

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:

Page # _____   Entry # _____

Notary contact: _____

Other
☒ Affiant(s) Thumbprint(s)   ☐ Describe: _____

© 2009-2015 Notary Learning Center – All Rights Reserved          You can purchase copies of this form from our web site at www.TheNotarysStore.com



# State of California

## SECRETARY OF STATE

I, ALEX PADILLA, Secretary of State, in the name and by the authority of the People of the State of California, do appoint and commission

## ROBERT N. FOSTER

# Notary Public

## of the State of California

Commission Number: 2147855

Term commencing  April 26, 2016 and ending  April 25, 2020 with the principal place of business in the county of SONOMA.



IN WITNESS WHEREOF, I execute this certificate and affix the GREAT SEAL of the State of California this 28th day of March 2016.

Secretary of State

NP-24 A (REV. 1-07)                                                                                    OSP 12 128262

SUM-100

# SUMMONS
### *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

CHRIS STEVENSON,
And DOES 1 through 5, Inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*

CAPITAL ONE BANK (USA), N.A.,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br><br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SOLANO   OLD SOLANO COURTHOUSE<br>580 Texas Street<br>Fairfield, CA  94533 | **CASE NUMBER:**<br>*(Número del Caso):*<br><br>FCM154337 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

ELIZABETH A. BLEIER, ESQ. BAR #81470
SAL I. PEREZ, ESQ., BAR #279243
BLEIER & COX, APC
16130 Ventura Boulevard, Suite 620
Encino, California  91436-2542

Telephone No: (866) 784-8084

| DATE:<br>*(Fetcha)* | APR 1 7 2017 | Clerk, by<br>*(Secretario)* | J. KALAMARAS | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[seal]

1. ☒ as an individual defendant. *
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   Under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ Other *(specify):*

4. ☐ by personal delivery on *(date):*

*Page 1 of 1*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedures §§ 412.20, 465
www.courtinfo.ca.gov

```
1   ELIZABETH A. BLEIER, ESQ., Bar #81470
2   SAL I. PEREZ, ESQ., BAR #279243
    BLEIER & COX, APC
3   16130 Ventura Boulevard, Suite 620
    Encino, CA  91436-2542
4
    1-866-784-8084
5
    Attorney for Plaintiff
6
```

**ENDORSED FILED**
Clerk of the Superior Court

APR 1 7 2017

By_____ J. KALAMARAS
DEPUTY CLERK

```
8              IN THE SUPERIOR COURT OF CALIFORNIA
9         COUNTY OF SOLANO, OLD SOLANO COURTHOUSE
10
11   CAPITAL ONE BANK (USA), N.A.,            )   CASE NO. FCM154337
                                              )
12              Plaintiff,                    )
                                              )   COMPLAINT FOR MONEY:
13              vs.                           )   BREACH OF CARDHOLDER
                                              )   AGREEMENT
14   CHRIS STEVENSON,                         )
     And DOES 1 through 5, Inclusive.         )   DEMAND
15                                            )   $3,417.63
                Defendants.                   )
16                                            )   LIMITED CASE
                                              )
17   _____ )
18
19        Plaintiff alleges:
20        1.    Plaintiff is a National Banking Association organized and
21   existing under and by virtue of the laws of the United States of America.
22        2.    The true names and capacities, of defendants named herein
23   as DOES 1 through 5, inclusive, are unknown to plaintiff, who therefore sues
24   said defendants by such fictitious names, and plaintiff will amend this
25   complaint to show their true names and capacities when the same have
26
27                              1
28                    COMPLAINT FOR MONEY
     17-00468-0/NAN/Cap1/Early/Score B/C070120B
```

1   been ascertained.

2       3.    That at all times herein mentioned each defendant was the

3   agent, employee and/or husband or wife of each of the remaining defendants,

4   and it was at all times acting within the course and scope of such agency

5   and/or employment and with the consent, knowledge and permission of each of

6   their co-defendants, and the hereinafter set forth obligation(s) were

7   community debts.

8       4.    The within action is subject to the provisions of Section

9   395(b) of the California Code of Civil Procedure, and not subject to the

10  provisions of Section 1812.10 or 2984.4 of the California Civil Code.

11      5.    The Defendants, and each of them, are residents of, and/or

12  the contract was entered into in this judicial district, and/or the contract

13  was to be performed in this judicial district and, therefore, this is the

14  proper Court for trial in this action.

15      6.    Plaintiffs and defendants, and each of them, entered into a

16  written credit card cardholder agreement.  By the terms of said agreement

17  said defendants promised to pay plaintiff for all purchases and/or cash

18  advance drafts procured by the use of the card bearing said defendants' name

19  and account number XXXXXXXXXXX4583, including finance charges on

20  the "average daily balance".

21      7.    Defendants, and each of them, did breach the aforementioned

22  cardholder agreement on or about March 29, 2016, by failing to comply

23  with terms and conditions of said agreement, including, but not limited to

24  paying the amounts due.

25      8.    Plaintiff has duly performed all acts necessary on its

26

27                              2

28

1   part to be performed under the terms of said agreement.

2          9.     Neither defendants or anyone else on their behalf have

3   reported the credit card lost or stolen.

4          10.    That although demand has been made, there is now due, owing

5   and unpaid from defendants, and each of them, the principal sum of $3,417.63,

6   or such higher amount as may be shown according to proof at time of trial.

7          11.    Said agreement provides, among other things, that if

8   plaintiff employs an attorney to enforce said agreement, defendants promise to

9   pay any court costs incurred.  Plaintiff hereby waives any and all rights and

10   claims to attorneys fees.

11

12          WHEREFORE, plaintiff prays judgment against defendants, and

13   each of them, as follows:

14          1.     For damages in the sum of $3,417.63, or such higher amount

15       as may be shown according to proof at time of trial;

16          2.     For costs of suit herein incurred; and

17          3.     For such other and further relief as the court may deem

18   just and proper.

19

20                                          BLEIER & COX, APC

21

22   DATED: April 7, 2017

23                                          SAL L. PEREZ
                                            ATTORNEY FOR PLAINTIFF

24

25

26

27

28                                    3

COMPLAINT FOR MONEY

17-00468-0/NAN/Cap1/Early/Score B/C070120B

```
1   ELIZABETH A. BLEIER, ESQ., BAR #81470
    SAL I. PEREZ, ESQ., BAR #279243
2   BLEIER & COX, APC
    16130 Ventura Boulevard, Suite 620
3   Encino, California  91436-2542

4   866-784-8084

5   Attorney for Plaintiff
```

ENDORSED FILED
Clerk of the Superior Court

APR 1 7 2017

J. KALAMARAS

By _____
DEPUTY CLERK

IN THE SUPERIOR COURT OF CALIFORNIA

COUNTY OF SOLANO, OLD SOLANO COURTHOUSE

```
12
13  CAPITAL ONE BANK (USA), N.A.,          Case No. FCM154337

14              Plaintiff,

15          Vs.                            DECLARATION OF PLAINTIFF'S ATTORNEY
                                           REGARDING NONMILITARY STATUS
16  CHRIS STEVENSON,

17              Defendant(s).

18

19  I, SAL I. PEREZ, declare:

20

21          1.      That I am an attorney at law duly licensed to practice in the State of California and as

22  attorney with BLEIER & COX, APC, attorneys of record for the plaintiff herein.

23          2.      That if called and sworn as a witness, I could and would competently testify to the

24  following of my own knowledge and with particularity:

25

26

27

28
```

Page 1

DECLARATION OF PLAINTIFF'S ATTORNEY REGARDING NONMILITARY STATUS

17-00468-0 / 0102-36

3.  That no defendant named in the Summons and Complaint is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. Section 501, et seq.).  A true and accurate copy of the Department of Defense Status Report is attached hereto and incorporated by reference.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 7, 2017, at Encino, California.



BLEIER & COX, APC

SAL I. PEREZ
Declarant

Page 2

DECLARATION OF PLAINTIFF'S ATTORNEY REGARDING NONMILITARY STATUS

17-00468-0 / 0102-36

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN: <u>XXX-XX-9264</u>

Birth Date:

Last Name: <u>STEVENSON</u>

First Name: <u>CHRIS</u>

Middle Name:

Active Duty Status As Of: <u>Apr-06-2017</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individual's active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento

Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

File #: 17-00468-0

Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

Case 3:17-mc-80054-SK   Document 1   Filed 03/05/17   Page 13 of 26

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: F1MEFB95Y5B26D0

File #: 17-00468-0

**SUPERIOR COURT - JUSTICE BUILDING**
**COUNTY OF SOLANO, STATE OF CALIFORNIA**

**STATEMENT OF VENUE**

*Received   APR 17 2017*
*Clerk of the Superior Court*

CASE NAME:  CAPITAL ONE BANK (USA), N.A.  vs. CHRIS STEVENSON,

CLASSIFICATION: ( )  General Civil
                (X)  Civil Collections
                ( )  Unlawful Detainer

Please check <u>ONE</u> of the following statements to indicate the basis for your filing of the Complaint in this Judicial District and fill in the address:

__1.  Cause of action arose in this judicial district.
      Address of the cause of action:

      _____
      Street              City                      Zip Code

__2.  Property located in this judicial district the address of the property is:

      _____
      Street               City                      Zip Code

__3.  Tort occurred in this judicial district. The address of tort is:

      _____
      Street               City                      Zip Code

__4.  Contract entered into on or to be performed in this judicial district.  The address where contract entered into or to be performed is:

      _____
      Street               City                      Zip Code

X 5.  Defendant resides in this judicial district.  The address of defendant is:
      1112 Spyglass Pkwy, Vallejo, California 94591
      Street               City                      Zip Code

__6.  This action falls within the provisions of local case management rule found in the Local Rules of Court.

DATED: April 10, 2017

                                      _____
                                      Signature of Party or Attorney
                                      ELIZABETH A. BLEIER/SAL I. PEREZ

Atty Rev: SIP



# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SOLANO

## CIVIL DIVISION

<u>Fairfield Branch</u>
600 Union Avenue
Fairfield, Ca 94533
(707) 207-7330

<u>Vallejo Branch</u>
321 Tuolumne St.
Vallejo, CA 94590
(707) 561-7830

**Plaintiff:**   **CAPITAL ONE BANK (USA)**      **CASE NO. FCM154337**

**Defendant:**   **CHRIS STEVENSON**      **NOTICE RE COLLECTION CASES**
**(CRC 3.740)**

---

THE OBLIGATIONS OF COUNSEL, OR ANY PARTY NOT REPRESENTED BY COUNSEL, ARE AS FOLLOWS:

1. Time for Service – the complaint in a collections case must be served on all named defendants, and proofs of service on those defendants must be filed, or the plaintiff must obtain an order for publication of the summons, within 180 days after the filing of the complaint.

2. If proofs of service on all defendants are not filed or the plaintiff has not obtained an order for publication of the summons within 180 days after the filing of the complaint, the court may issue an order to show cause why reasonable monetary sanctions should not be imposed. If proofs of service on all defendants are filed or an order for publication of the summons is filed at least 10 court days before the order to show cause hearing, the court must continue the hearing to 360 days after the filing of the complaint.

3. If proofs of service of the complaint are filed or service by publication is made and defendants do not file responsive pleadings, the plaintiff must obtain a default judgment within 360 days after the filing of the complaint. If the plaintiff has not obtained a default judgment by that time, the court must issue an order to show cause why reasonable monetary sanctions should not be imposed. The order to show cause must be vacated if the plaintiff obtains a default judgment at least 10 court days before the order to show cause hearing.

---

NOTICE RE COLLECTION CASES

10/09
FORM #3007



# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SOLANO

### CIVIL DIVISION

⊠ Old Solano Courthouse
580 Texas Street
Fairfield, CA 94533
(707) 207-7330

**CERTIFICATE AND AFFIDAVIT OF MAILING**          **CASE NO:** FCM154337

I, the undersigned, certify under penalty of perjury that I am employed as a deputy clerk of the above-entitled court and am not a party to the within-entitled action; that I served the attached document:

**SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET, NOTICE RE COLLECTION CASE (CRC 3.740) , DECLARATION, STATEMENT**

By causing to be placed a true copy thereof in an envelope which was then sealed and postage fully prepaid on the date shown below; that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; that the above stated document will be deposited in the Superior Court of California, County of Solano's outgoing mailbox for collection by county mail carriers on the date indicated.  Said envelope was addressed to the attorneys for the parties, or the parties, as shown below:

LEGAL EXPRESS LIMITED
PO BOX 808001
PETALUMA, CA  94975

J. KALAMARAS

Dated:  4/17/2017          By: -------------------------------------
                                                    Deputy Clerk

**CERTIFICATE AND AFFIDAVIT OF MAILING**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
  ELIZABETH A. BLEIER, ESQ., Bar #81470
  SAL I. PEREZ, ESQ., Bar #279243
  BLEIER & COX, APC
  16130 Ventura Boulevard, Suite 620, Encino, CA 91436-2542
  TELEPHONE NO: 866-784-8084    FAX NO.: 818-906-7944
ATTORNEY FOR (Name): Plaintiff

**ENDORSED FILED**
Clerk of the Superior Court

APR 17 2017

J. KALAMARAS
By_____
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
  STREET ADDRESS: 580 Texas Street
  MAILING ADDRESS: 580 Texas Street
  CITY AND ZIP CODE: Fairfield, 94533
  BRANCH NAME: CIVIL DIVISION

CASE NAME: CAPITAL ONE BANK (USA), N.A. vs. CHRIS STEVENSON

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: FCM154337 |
|---|---|---|
| ☐ Unlimited (Amount demanded exceeds $25,000)   ☒ Limited (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product Liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☒ Rule 3.740 collections (09)
☐ Other Collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commerical (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation**
(Cal. Rules of Court, rules 1800-1812)
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
  a. ☐ Large number of separately represented parties
  b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
  c. ☐ Substantial amount of documentary evidence
  d. ☐ Large number of witnesses
  e. ☐ Coordination with related actions pending in one or more courts in other counties, states or countries, or in a federal court
  f. ☐ Substantial post-judgment judicial supervision

3. Type of remedies sought (check all that apply):
  a. ☒ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action (specify): 1
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: April 7, 2017

SAL I. PEREZ
  (Type or Print Name)           (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010[Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal.Rules of Court, rules 2.30, 3.220, 3.400-3.403,3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
**CM-010**

**To Plaintiffs and Other Filing First Papers.**    If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rule 2.30 and 3.220 of the California rules of Court.

**To Parties in Rule 3.740  Collections Cases.**    A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.**    In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)-Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice-Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach-Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case-Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute
**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g. quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ-Administrative Mandamus
Writ-Mandamus on Limited Court Case Matter
Writ-Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal-Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400 - 3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above) (41)*
**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaration Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief from Late Claim
Other Civil Petition

*Amended*

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .............. Sidney R. Thomas ............................................, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ..... United States Circuit Judge ........... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So Help Me God.

.................................................

Subscribed and sworn to (or affirmed) before me this ............................ 11th ............... day of ............... March ........................... 19 96.

FOIA EXEMPTION b6

Actual abode ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Official station* ..Billings, Montana

Date of birth ..August.14,.1953....

Date of entry on duty .March.11,.1996

.............. Jack D. Shanstrom ..............
Chief Judge, District of Montana

*Title 28, sec. 456 United States Code, as amended.

Form No. G-22
(Rev. 11-2-70)

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ............Christina A. Snyder........................................................, do solemnly swear (or

affirm) that I will administer justice without respect to persons, and do equal right to the poor

and to the rich, and that I will faithfully and impartially discharge and perform all the duties

incumbent upon me as United States District Judge...., according to the best of my

abilities and understanding, agreeable to the Constitution and laws of the United States; and

that I will support and defend the Constitution of the United States against all enemies, foreign

and domestic; that I will bear true faith and allegiance to the same; that I take this obligation

freely, without any mental reservation or purpose of evasion; and that I will well and faithfully

discharge the duties of the office on which I am about to enter.    So HELP ME GOD.

Christina A. Snyder
................................................................
Christina A. Snyder

Subscribed and sworn to (or affirmed) before me this ..................24th..................day

of ..........November.................., 19 ..97...

Harry Pregerson
................................................................
Harry Pregerson
United States Circuit Judge

FOIA EXEMPTION b6

Actual abode ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Official station* ..Los..Angeles,..California

Date of birth .....May..27,..1947.................

Date of entry on duty ..November..24,..1997.....

Note—The Act of May 1, 1876 (Title 48, sec. 1466, United States Code), provides that the oaths of *Territorial Officers* shall be administered in the Territory in which the office is held.
*Title 28, sec. 456 United States Code, as amended.

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Timothy M. Burgess ..................................., do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge ....... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So HELP ME GOD.

Redacted Signature
Timothy M. Burgess

Subscribed and sworn to (or affirmed) before me this 23rd .......... day of January .................................... 2006

Redacted Signature
John W. Sedwick
United States District Judge

FOIA EXEMPTION b6

Actual abode .......................

Official station* Anchorage ......................

Date of birth Redacted ...................

Date of entry on duty 1/23/06 ...................

*Title 28, sec. 456 United States Code, as amended.

# NOTICE AND DEMAND FOR LAWFUL MONEY

In accordance with 12 USC §411, my demand for all money deposited to and withdrawn from the bank account below to be ***redeemed in lawful money:***

Transit Routing: ▆▆▆▆▆▆▆▆▆▆▆▆

Account No: ▆▆▆▆▆▆▆▆▆▆▆▆▆

Banking Institute   WELLS FARGO

US Code

TITLE 12>CHAPTER 3>SUBCHAPTER XII>SECTION 411

SECTION 411.

> *Federal Reserve Notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal Reserve Banks through the Federal Reserve Agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal Reserve Banks and for all taxes, customs, and other public dues. **They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve Bank.***

If no response is received within (21) days of receiving this notice, let it be known to any and all parties forevermore this will result in an automatic default judgment.

I also add that had I known in good faith of this remedy, I would have redeemed every paycheck I received since the beginning of my employment in lawful money. I consider this being kept from me, my parents to teach it to me and my civics teacher etc. to be a form of fraud by omission.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

Christopher Jonathon .    1/05/16


















